**Exhibit E**

**Infringement of Claim 1 of U.S. Patent Number 7,254,266 by Enlitic**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | — Who we are<br><br>Where intelligence meets empathy, Enlitic is a San Francisco-based company that uses data to advance medical diagnostics. By pairing world-class radiologists with data scientists and engineers, we collect and analyze the world's most comprehensive clinical data, pioneering medical software that enables doctors to diagnose sooner with renowned accuracy.<br><br>**OUR MISSION**<br>Bridge human and artificial intelligence to advance medical diagnostics to improve patient outcomes around the world.<br><br>**OUR VISION**<br>A world in which radiologists are empowered with the most advanced medical diagnostic tools to facilitate optimal patient care and support.<br><br>**OUR SOLUTION**<br>Advanced technology that integrates seamlessly into any existing health system infrastructure to improve workflow, efficiency, and quality at scale.<br><br>https://www.enlitic.com/<br><br>Enlitic imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

Page **1** of **4**

**Exhibit E**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: |  https://www.enlitic.com/<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | **@ Triage**<br>Our models immediately interpret scans as they are acquired, enabling a radiologist to prioritize their worklist based on the findings in each study.<br><br>**@ Real Time Support**<br>Our models read studies alongside radiologists, detecting rare and subtle findings, providing measurements and descriptions, automating longitudinal analysis, and even generating reports.<br><br>RADIOLOGIST READS IMAGE<br><br>**@ Quality Assessment**<br>Our models can provide a post-read analysis, checking a radiology report against the corresponding images to help prevent over or under-called findings.<br><br>https://www.enlitic.com/<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm;<br>providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | <br><br>**SEAMLESS INTEGRATION**<br><br>Using standard HL7 and DICOM messaging, the **red dot®** platform will retrieve, receive and process each CXR examination at the point of acquisition and send an electronic notification back to the Trust RIS (or PACS in a PACS driven reporting scenario) to indicate whether the examination is normal, or whether an abnormality has been indicated. This notification will prioritise the examination within the existing reporting worklists for urgent reporting. Messaging and CXR images are received via secure encrypted VPN to the **red dot®** platform, via the AI Gateway from the Trust RIS/PACS. All patient examination data resides in fully NHS accredited data centres<br><br>https://behold.ai/how-it-works/<br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |