**Exhibit F**

**Infringement of Claim 1 of U.S. Patent Number 8,687,879 by Enlitic**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A non-transitory computer program product for automating the expert quantification of image data comprising:<br>a computer-readable medium encoded with computer readable instructions executable by one or more computer processors to quantify image sets comprising a locked evolving algorithm, wherein said locked evolving algorithm is generated by: | **— Who we are**<br><br>Where intelligence meets empathy, Enlitic is a San Francisco-based company that uses data to <u>advance medical diagnostics.</u> By pairing world-class radiologists with data scientists and engineers, we collect and analyze the world's most comprehensive clinical data, pioneering medical software that enables doctors to diagnose sooner with renowned accuracy.<br><br>**OUR MISSION**<br>Bridge human and artificial intelligence to advance medical diagnostics to improve patient outcomes around the world.<br><br>**OUR VISION**<br>A world in which radiologists are empowered with the most advanced medical diagnostic tools to facilitate optimal patient care and support.<br><br>**OUR SOLUTION**<br>Advanced technology that integrates seamlessly into any existing health system infrastructure to improve workflow, efficiency, and quality at scale.<br><br>https://www.enlitic.com/<br><br>Enlitic imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

Page **1** of **5**

**Exhibit F**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | <br><br>https://www.enlitic.com/<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit F**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br>https://www.enlitic.com/<br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

Page **3** of **5**

**Exhibit F**

| | |
|---|---|
| presenting a second set of said at least one entity to said user for feedback as to the accuracy of said second set of identified entities; obtaining approval from said user about said second set of entities; storing said evolving algorithm as a product algorithm; and storing said product algorithm for subsequent usage on said image set. | <br><br>https://www.enlitic.com/<br><br>The Infringing product utilizes the machine learning i.e more than one set of data entity to the user for the feedback and training the algorithm. |

Page **4** of **5**

**Exhibit F**



https://behold.ai/how-it-works/

The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement.

Page **5** of **5**